UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

    **Plaintiff,**

vs.                                 Case No: 93-cr-30059-04-DRH

**Herman Smith, Jr.,**

    **Defendant.**

## O R D E R

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management. On June 17, 2008, the grand jury returned a one-count Indictment against Herman Smith, Jr., for distribution of cocaine and that criminal case was randomly assigned to District Judge Michael J. Reagan. ***See United States v. Smith*, 08-30119-MJR**. Thereafter, on June 23, 2008, a motion for revocation of supervised release was filed in this criminal case arising out the conduct contained in the 08-30119-MJR Indictment (Doc. 399). Thus, the Court **TRANSFERS** this matter to Judge Reagan for further proceedings. All further pleadings shall bear the cause number 93-cr-30059-04-MJR.

    **IT IS SO ORDERED.**

    **DATED this 13th day of August, 2008.**

    /s/    *David R Herndon*
    **CHIEF JUDGE**
    **United States District Court**